Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Adams, Thomas | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Adams, Dina |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-8190 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-0641 |
| Street Address of Debtor (No. and Street, City, and State):<br>7904 Foster<br>Morton Grove, IL                    ZIP Code 60053 | Street Address of Joint Debtor (No. and Street, City, and State):<br>7904 Foster<br>Morton Grove, IL                    ZIP Code 60053 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ■ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adams, Thomas**<br>**Adams, Dina** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Adams Dental Center, Ltd.** | Case Number:<br>**07-08305** | Date Filed:<br>**5/07/07** |
| District:<br>**Northern District of Illinois** | Relationship:<br>**Affiliate** | Judge:<br>**Hollis** |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____    5/7/07<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)




_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Adams, Thomas<br>Adams, Dina |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Thomas Adams*
Signature of Debtor **Thomas Adams**

X  *Dina Adams*
Signature of Joint Debtor **Dina Adams**

Telephone Number (If not represented by attorney)

**May 7, 2007**
Date

### Signature of Attorney

X  *[signature]*
Signature of Attorney for Debtor(s)

**Timothy C. Culbertson 6229083**
Printed Name of Attorney for Debtor(s)

**Morgan & Bley, Ltd.**
Firm Name

**900 W. Jackson Blvd.
Suite 4 East
Chicago, IL 60607**
Address

**312.243.0006**
Telephone Number

**May 7, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Thomas Adams
       Dina Adams
                                                   Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | | | 17,985.77 |
| Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84103 | Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84103 | | | 16,531.65 |
| Bank of America<br>P.O. Box 15016<br>Wilmington, DE 19850-5026 | Bank of America<br>P.O. Box 15016<br>Wilmington, DE 19850-5026 | | | 16,659.70 |
| Bank of America<br>P.O. Box 37271<br>Baltimore, MD 21297-3271 | Bank of America<br>P.O. Box 37271<br>Baltimore, MD 21297-3271 | | | 52,962.62 |
| Bankes Healthcare Group<br>325 James Street<br>Syracuse, NY 13203 | Bankes Healthcare Group<br>325 James Street<br>Syracuse, NY 13203 | | | 25,785.00 |
| Cambridge Bank<br>1100 South Rand Road<br>Lake Zurich, IL 60047 | Cambridge Bank<br>1100 South Rand Road<br>Lake Zurich, IL 60047 | | | 40,000.00 |
| Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19886-5153 | Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19886-5153 | | | 7,701.60 |
| Chase Equity<br>P.O. Box 9001008<br>Louisville, KY 40290-1008 | Chase Equity<br>P.O. Box 9001008<br>Louisville, KY 40290-1008 | | | 197,316.37 |
| Chris Tomaras<br>360 N. Michigan Ave., Suite 1109<br>Chicago, IL 60601 | Chris Tomaras<br>360 N. Michigan Ave., Suite 1109<br>Chicago, IL 60601 | | | 100,000.00 |
| Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | | | 14,293.73 |
| Frontage Medical Center<br>330 Frontage Road<br>Winnetka, IL 60093 | Frontage Medical Center<br>330 Frontage Road<br>Winnetka, IL 60093 | | | 12,800.00 |
| George Arvanitis, Sr. | George Arvanitis, Sr. | | | 200,000.00 |

In re **Thomas Adams / Dina Adams** Debtor(s)     Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Gus Maskalaris<br>164 E. Grand<br>Chicago, IL 60611 | Gus Maskalaris<br>164 E. Grand<br>Chicago, IL 60611 | | | 100,000.00 |
| Haralmbia Adams<br>6850 W. Oakton<br>Niles, IL 60714 | Haralmbia Adams<br>6850 W. Oakton<br>Niles, IL 60714 | | | 120,000.00 |
| Navy Credit Union<br>P.O. Box 3500<br>Merrifield, VA 22119-3500 | Navy Credit Union<br>P.O. Box 3500<br>Merrifield, VA 22119-3500 | | | 14,321.08 |
| Progress Dental Lab.<br>8800 N. Lockwood Ave.<br>Skokie, IL 60077 | Progress Dental Lab.<br>8800 N. Lockwood Ave.<br>Skokie, IL 60077 | | | 9,146.11 |
| United Investors<br>5948 N. Broadway<br>Chicago, IL 60660 | United Investors<br>5948 N. Broadway<br>Chicago, IL 60660 | | | 82,243.03 |
| USAA Credit Card Services<br>10750 McDermott Pkwy.<br>San Antonio, TX 78288-0570 | USAA Credit Card Services<br>10750 McDermott Pkwy.<br>San Antonio, TX 78288-0570 | | | 22,809.70 |
| Village Market Place<br>4034 Dempster<br>Skokie, IL 60076 | Village Market Place<br>4034 Dempster<br>Skokie, IL 60076 | | | 150,000.00 |
| Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | | | 48,227.98 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the \_\_\_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 7, 2007**     Signature _/s/ Thomas Adams_
**Thomas Adams**
Debtor

Date **May 7, 2007**     Signature _/s/ Dina Adams_
**Dina Adams**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Thomas Adams,
         Dina Adams
                                                    Case No. _____
                                  Debtors           Chapter            11

## Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84103 | Unsecured claims | 16,531.65 |
| 2. | Advanta Bank<br>P.O. Box 30715<br>Salt Lake City, UT 84130 | Unsecured claims | 17,985.77 |
| 3. | Allergan Sales, LLC<br>12975 Collections Center Drive<br>Chicago, IL 60693 | Unsecured claims | 4,080.40 |
| 4. | Bank of America<br>P.O. Box 37271<br>Baltimore, MD 21297-3271 | Unsecured claims | 52,962.62 |
| 5. | Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Unsecured claims | 7,000.00 |
| 6. | Bank of America<br>P.O. Box 15016<br>Wilmington, DE 19850-5026 | Unsecured claims | 16,659.70 |
| 7. | Bankes Healthcare Group<br>325 James Street<br>Syracuse, NY 13203 | Unsecured claims | 25,785.00 |
| 8. | Bishop Plumbing, Inc.<br>975 Rand Road<br>Des Plaines, IL 60016-6001 | Unsecured claims | 656.90 |
| 9. | Bloomingdale's Visa | Unsecured claims | 7,164.72 |
| 10. | BMW Financial Services<br>P.O. Box 78103<br>Phoenix, AZ 85062-8103 | Secured claims | 19,183.36 |
| 11. | Broadway Bank<br>5960 N. Broadway<br>Chicago, IL 60660 | Secured claims | 1,003,156.21 |
| 12. | Cambridge Bank<br>1100 South Rand Road<br>Lake Zurich, IL 60047 | Unsecured claims | 40,000.00 |
| 13. | Chase Auto Finance<br>P.O. Box 78067<br>Phoenix, AZ 85062-8067 | Secured claims | 43,159.14 |

In re     **Thomas Adams,**     Case No._____
         **Dina Adams**

Debtors

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---:|
| 14. Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19886-5153 | Unsecured claims | 7,701.60 |
| 15. Chase Equity<br>P.O. Box 9001008<br>Louisville, KY 40290-1008 | Unsecured claims | 197,316.37 |
| 16. Chicago Magazine<br>P.O. Box 803884<br>Chicago, IL 60680-3884 | Unsecured claims | 4,500.00 |
| 17. Chris Tomaras<br>360 N. Michigan Ave., Suite 1109<br>Chicago, IL 60601 | Unsecured claims | 100,000.00 |
| 18. Costco/Amex | Unsecured claims | 3,120.24 |
| 19. Countrywide Home Loans<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | Secured claims | 473,613.44 |
| 20. Dept. of Professional Regulation | Unsecured claims | 0.00 |
| 21. Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | Unsecured claims | 14,293.73 |
| 22. Discover Card<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | Unsecured claims | 4,210.89 |
| 23. Europe Lab US<br>4930 Chemin Bois Franc. | Unsecured claims | 3,226.57 |
| 24. Fifth/Third Bank<br>5050 Kingsley<br>Cincinnati, OH 45263 | Secured claims | 141,993.85 |
| 25. Financial Pacific Leasing<br>3455 S. 344th Way<br>Auburn, WA 98001-9546 | Secured claims | 18,500.00 |
| 26. Frontage Medical Center<br>330 Frontage Road<br>Winnetka, IL 60093 | Unsecured claims | 12,800.00 |
| 27. GE Healthcare Fianancial Svcs.<br>P.O. Box 414418<br>Boston, MA 02241-8556 | Secured claims | 84,170.25 |

In re  Thomas Adams,
       Dina Adams

Case No. _____

Debtors

# Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 28. | GE Healthcare Fianancial Svcs.<br>P.O. Box 414418<br>Boston, MA 02241-8556 | Secured claims | 417,625.90 |
| 29. | GE Money<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | Secured claims | 7,225.00 |
| 30. | George Arvanitis, Sr. | Unsecured claims | 200,000.00 |
| 31. | Gus Maskalaris<br>164 E. Grand<br>Chicago, IL 60611 | Unsecured claims | 100,000.00 |
| 32. | Haralmbia Adams<br>6850 W. Oakton<br>Niles, IL 60714 | Unsecured claims | 120,000.00 |
| 33. | Jim Horst Consulting<br>P.O. Box 414418<br>Boston, MA 02241-4418 | Unsecured claims | 250.00 |
| 34. | Macy's | Unsecured claims | 2,328.69 |
| 35. | Michigan Avenue Tower Association<br>c/o BW Phillips Mgt. Grp.<br>P.O. Box 389509<br>Chicago, IL 60638 | Secured claims | Unknown |
| 36. | Modern Luxury<br>5455 Wilshire Blvd.<br>Los Angeles, CA 90036 | Unsecured claims | 6,800.00 |
| 37. | Navy Credit Union<br>P.O. Box 3500<br>Merrifield, VA 22119-3500 | Unsecured claims | 14,321.08 |
| 38. | Network One<br>970 Mallard Cir.<br>Schaumburg, IL 60193 | Unsecured claims | 354.24 |
| 39. | Patterson Dental Supply<br>23254 Network Place<br>Chicago, IL 60673-1232 | Secured claims | 39.14 |
| 40. | Patterson Dental Supply<br>23254 Network Place<br>Chicago, IL 60673-1232 | Secured claims | 6,497.85 |
| 41. | Patterson Financial<br>1031 Mondota Hts. Rd.<br>Saint Paul, MN 55120 | Secured claims | 42,575.30 |

In re     **Thomas Adams,**                                                             Case No. _____
         **Dina Adams**

Debtors

## Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 42. | Patterson Financial<br>1031 Mondota Hts. Rd.<br>Saint Paul, MN 55120 | Secured claims | 72,992.19 |
| 43. | Pioneer Press<br>3701 W. Lake Ave.<br>Glenview, IL 60026 | Unsecured claims | 5,843.00 |
| 44. | Pitney Bowes<br>2225 Amenican Drive<br>Neenah, WI 54956 | Unsecured claims | 21.19 |
| 45. | Progress Dental Lab.<br>8800 N. Lockwood Ave.<br>Skokie, IL 60077 | Unsecured claims | 9,146.11 |
| 46. | Retail Services<br>P.O. Box 17298<br>Baltimore, MD 21297-1298 | Unsecured claims | 700.00 |
| 47. | Southpoint Insurance<br>19645 S. LaGrange Road<br>Mokena, IL 60448 | Unsecured claims | 2,564.00 |
| 48. | Staples<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | Unsecured claims | 431.12 |
| 49. | Suracell | Unsecured claims | 0.00 |
| 50. | Tutogen Medical, Inc.<br>P.O. Box 11404<br>Columbia, SC 29211-1404 | Unsecured claims | 414.00 |
| 51. | United Investors<br>5948 N. Broadway<br>Chicago, IL 60660 | Unsecured claims | 82,243.03 |
| 52. | University of Chicago Hospitals<br>1122 Paysphere Circle<br>Chicago, IL 60674 | Unsecured claims | 459.35 |
| 53. | USAA<br>9800 Fredericksburg Road<br>San Antonio, TX 78288 | Unsecured claims | Unknown |
| 54. | USAA Credit Card Services<br>10750 McDermott Pkwy.<br>San Antonio, TX 78288-0570 | Unsecured claims | 22,809.70 |

In re     **Thomas Adams,**                                            Case No._____
         **Dina Adams**

Debtors

## Numbered Listing of Creditors
(Continuation Sheet)

| # | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---:|
| 55. | Village Market Place<br>4034 Dempster<br>Skokie, IL 60076 | Unsecured claims | 150,000.00 |
| 56. | Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | Unsecured claims | 48,227.98 |
| 57. | Washington Mutual<br>P.O. Box 78065<br>Phoenix, AZ 85062 | Secured claims | 129,503.48 |

## DECLARATION

We, the above-named Debtors, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of our information and belief.

Date __May 7, 2007__                           Signature _/s/ Thomas Adams_
                                                                             **Thomas Adams**
                                                                             Debtor

Date __May 7, 2007__                           Signature _/s/ Dina Adams_
                                                                             **Dina Adams**
                                                                             Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.